IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHEREEN R. GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>QUICKEN LOANS INC.; ROCKET MORTGAGE; AMROCK INC., f/k/a "TITLE SOURCE, INC."; MERS (MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.); COOK & JAMES LLC; RUBIN LUBLIN LLC; ALL JOHN OR JANE DOES, UNKNOWN INVESTORS; JOHN ROES, UNDISCLOSED MORTGAGE AGGREGATORS, WHOLESALERS, MORTGAGE ORIGINATORS, LOAN SELLERS, TRUSTEES OF POOLED ASSETS, TRUSTEE FOR HOLDERS OF CERTIFICATES OF COLLATERALIZED MORTGAGE OBLIGATIONS, INVESTMENT BANKERS, FUTURE BUYERS AND INVESTORS, INDIVIDUALLY, JOINTLY AND SEVERALLY,<br><br>    Defendants. | Civil Action No. 4:18-CV-00199-CDL |

## **ORDER**

Defendant Quicken Loans Inc. filed a Notice of Postponement of Non-

Judicial Foreclosure Sale and Request to Postpone Hearing on Plaintiff's Motion

for Preliminary Injunction. Based upon Defendant's representation to the Court that it is postponing the foreclosure sale until April 1, 2019, the Court finds that the expedited hearing scheduled for December 13, 2018 is no longer necessary. Defendant's motion to postpone the hearing is therefore granted.

Accordingly, Defendants shall not proceed with a foreclosure sale of Plaintiff's home before April 1, 2019 or until further order of the Court. If the Court denies any motion to dismiss or has not ruled upon any motion to dismiss prior to April 1, 2019, Defendants shall not proceed with a foreclosure sale of Plaintiff's home without first obtaining the Court's permission. The hearing on Plaintiff's Motion for Preliminary Injunction previously scheduled for December 13, 2018, (Doc. 16), is canceled.

This 10th day of December, 2018.

S/Clay D. Land
CLAY D. LAND
Chief United States District Judge