IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| SHEREEN R. GREENE, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:18-cv-199 (CDL) |
| | * | |
| ROCKET MORTGAGE, AMROCK, INC. f/k/a TITLE SOURCE, INC., | * | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., COOK & JAMES LLC, | * | |
| JOHN AND OR JANE DOES, QUICKEN LOANS, ADT SECURITY SERVICES, | * | |
| INC., LIBERTY UTILITIES, and RUBIN LUBLIN LLC,, | * | |
| Defendants. | * | |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of February 2019

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk